UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| THEODORE STREATER,<br>Institutional ID No. 1430922,<br>SID No. 7383113<br><br>      Plaintiff,<br><br>v.<br><br>LORIE DAVIS, *et al.*,<br><br>      Defendants. | No. 5:19-CV-00263-BQ |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation regarding Plaintiff's request for a preliminary injunction in this case. Plaintiff filed objections, and the undersigned has made a de novo review of the relevant portions of the proposed findings, conclusions, and recommendation. The Court overrules the objections, and accepts the findings, conclusions, and recommendation of the United States Magistrate Judge. Plaintiff's "Declaration in Support of Injunctive Relief and Request for Temporary Restraining Order" (Dkt. No. 12) is denied.

So ordered.

Dated February 10, 2020.

_____
JAMES WESLEY HENDRIX
United States District Judge